

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ZACHARIAH C. MANNING, | § | |
| Appellant, | § | No. 08-20-00211-CV |
| v. | § | Appeal from the |
| DALLAS INDEPENDENT SCHOOL DISTRICT, | § | 116th District Court |
| Appellee. | § | of Dallas County, Texas[1] |
| | § | (TC# DC-20-04925) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF FEBRUARY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Fifth Court of Appeals in Dallas and apply that court's precedent where our precedent would otherwise be inconsistent. *See* TEX. R. APP. P. 41.3.